UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUN PILL SEO,

                Plaintiff,

-against-

AMERICAN EXPRESS CREDIT CORPORATION, LVNV FUNDING, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021
```

21-cv-6825 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement [ECF No. 26]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by December 20, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date:  **November 18, 2021**
         **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**